An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD S. HADDAD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61281

**FILED**

APR 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Appellant stated in his April 23, 2012, petition that he had expired his sentence and was no longer in custody when he filed the petition in the district court. A post-conviction petition for a writ of habeas corpus is not available to petitioners who have completed the sentence imposed by the judgment of conviction and are no longer in custody. See Nev. Const. art. 6, § 6(1); NRS 34.724(1); Jackson v. State,

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10513

115 Nev. 21, 23, 973 P.2d 241, 242 (1999). Therefore, we conclude the district court did not err in denying the petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Doug Smith, District Judge
Richard S. Haddad
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk